IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 22, Defendant's Motion to Unseal Search Warrants and Affidavits, and Doc. 23, Defendant's Motion to Travel on a cruise to the Carribean from November 19, 2005 through November 26, 2005. A telephone hearing was held on the matter on Tuesday, October 18, 2005. During the hearing, the Government stated that it was unopposed to either of Defendant's motions. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Defendant's Motion to Unseal Search Warrants and Affidavits, Doc. 22, is granted.

    2.    Defendant's Motion to Travel, Doc. 23, is granted.

    3.    The Clerk is directed to forward a copy of this Order to the Probation Department.

    **DONE AND ORDERED** this  *18th* day of October, 2005

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge