IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on the Government's motion to continue defendant's sentencing, Doc. 36.  A telephone hearing was held on this matter on Thursday, April 20, 2006.  During the hearing, both parties agreed that the continuance is necessary to properly address the Government's objections to the Presentence Investigation Report, Doc. 34, and the Government's Motion to Set Aside or Revoke the Defendant's Sale of the University Club of Gainesville, Inc., Doc. 35.  Accordingly, the motion to continue is granted.  The defendant's sentencing is hereby rescheduled for Thursday, May 25, 2006, at 1:30 p.m.  All other pending motions will also be addressed at this hearing.

    **DONE AND ORDERED** this  _24th_ day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge