IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 54, Defendant's Motion for Bond Pending Appeal, and Doc. 59, Defendant's Motion for Stay of Judgment, Sentence, and Forfeiture Pending Appeal. In his first motion, Doc. 54, Defendant requests that this court issue an order for a supersedeas bond pending appeal. The Government has filed a response in opposition to this request, Doc. 58. After considering the matter, the court declines to certify that the appeal raises a substantial question of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus thee expected duration of the appeal process. See 18 U.S.C. § 3143(b)(B). Accordingly, the motion is denied.

In his second motion, Doc. 59, Defendant asks this court to enter an order staying the judgment, sentence, and forfeiture judgment against the Defendant pending the outcome of his appeal. The Government has filed a response in opposition to this motion as well, Doc. 60. The court finds that the defendant has presented insufficient evidence to justify such action and, in exercising its discretion, the court concludes that the motion should be denied. See United States v. Tallant, 407 F.Supp. 896, 897-98 (N.D. Ga. 1975) ("[T]he question of whether or not to stay a

fine is committed to the sound discretion of the court...."), *aff'd*, 547 F.2d 1291 (5th Cir. 1977), *cert. denied*, 434 U.S. 889 (1977); FED R. CRIM. P. 32.2(d) ("If a defendant appeals from a conviction or an order of forfeiture, the court *may* stay the order of forfeiture....") (emphasis added); FED R. CRIM. P. 38(c) ("If the defendant appeals, the district court ... *may* stay a sentence to pay a fine or a fine and costs.") (emphasis added).  Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

1. Defendant's Motion for Bond Pending Appeal, Doc. 54, is denied.

2. Defendant's Motion for Stay of Judgment, Sentence, and Forfeiture Pending Appeal, Doc. 59, is denied.

**DONE AND ORDERED** this   *25th* day of July, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge