IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                    CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 65, Defendant's Motion to Extend Voluntary Surrender Date. Defendant is currently required to surrender himself by July 28, 2006. Currently, however, the Defendant has not been designated to an institution by the Bureau of Prisons. Accordingly, Defendant's motion for an extension is granted. Defendant's voluntary surrender date is hereby extended until Friday, August 4, 2006.

**DONE AND ORDERED** this __27th__ day of July, 2006

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge