IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 82, Mandate from the United States Court of Appeals for the Eleventh Circuit, and Doc. 84, Motion to Correct Sentence, filed by Defendant Spangler. In its mandate, the Eleventh Circuit directed the Court to modify Defendant's sentence so that the four terms of supervised release would be served concurrently, instead of consecutively. Accordingly, the sentence in this case is hereby modified to reflect that the terms of Defendant's supervised release are to be served concurrently. The sentence remains in full force and effect in all other respects.

**DONE AND ORDERED** this   *31st* day of July, 2007

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge