IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on a memorandum from Probation and Pretrial Services indicating that Defendant's supervised release will soon expire and that Defendant is not likely to pay by that time the remaining balance of the restitution he owes.  Upon consideration of the memorandum, the Court finds that this matter can best be resolved through a hearing at which the Defendant is present.  Accordingly, the parties are ordered to appear for a hearing on Thursday, December 11, 2008 at 1:00 p.m.

    **DONE AND ORDERED** this   *3rd*  day of December, 2008

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge