IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER,

    Defendant.
_____/

## O R D E R

This matter is before the Court following a hearing that was held on Thursday, December 11, 2008, concerning the unpaid balance of restitution owed by Mr. Spangler, who is proceeding *pro se*. At the hearing, the Government moved for a continuance. As stated at the hearing, the motion is GRANTED, and the hearing is continued until Wednesday, January 7, 2009 at 11:30 A.M.

**DONE AND ORDERED** this *12th* day of December, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge