IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER,

    Defendant.

_____/

## WRIT OF ATTACHMENT

This matter is before the Court on Doc. 95, Motion for Writ of Attachment, filed by the Government. Upon consideration of the motion and the orders of restitution entered in this case, the Court finds good cause for issuing a writ of attachment. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Government's Motion for Writ of Attachment, Doc. 95, is GRANTED.

2. The United States Marshal Service shall levy upon the property listed below which is in the possession of Mark J. Spangler at his residence at 10206 NW 13th Lane, Gainesville, Florida 32606.

3. The United States Marshal Service shall serve a copy of the Writ upon the debtor, Mark J. Spangler, whose last known address was 10206 NW 13th Lane, Gainesville, Florida 32606.

4. The United States Marshal Service shall return the Writ to the Court within five days of the levy with an endorsement of the action thereon.

    5.    The property subject to levy with this Writ is as follows:

        1997 BMW Z3 Roadster convertible, red
        Vehicle Identification Number 4USCJ3327VLC00529,
        Florida Tag GIQ6X;
        Registration Date: May 19, 2008
        Title Number 72502029

**DONE AND ORDERED** this __13th__ day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

### Marshal's Return

On _____, 2009, at _____ (time), the above described item was attached at the residence of Mark J. Spangler, 10206 NW 13th Lane, Gainesville, Florida 32606. The item attached is currently being held at _____.

On _____, 2009, the debtor was served with a copy of the Writ of Attachment.

_____
Date

_____
Deputy United States Marshal
or other representative.

*Case No: 1:05-cr-00029-MP-AK*