IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:05-cr-00029-MP-AK

MARK J SPANGLER,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 97, Defendant's signed and returned

acknowledgment of service of process, in which Defendant requests a hearing on the Writ of

Attachment, Doc. 96, entered by the Court on January 13, 2009.  Defendant's request for a

hearing is GRANTED.  The Clerk is directed to set the hearing by separate notice.

     **DONE AND ORDERED** this  _29th_ day of January, 2009


       *s/Maurice M. Paul*
     Maurice M. Paul, Senior District Judge