IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 1:05-cr-00029-MP-AK

MARK J SPANGLER,

   Defendant.
_____/

# O R D E R

A writ of attachment (Doc. 96) was issued for the seizure of a 1997 BMW Z3 Roadster, vehicle identification number 4USCJ3327VLC00529, belonging to Defendant.  Defendant requested a hearing on the writ of attachment.  Doc. 97.  The Court conducted the hearing on February 3, 2009.  Defendant offered no evidence at the hearing that the vehicle was exempt from attachment.  Accordingly, the Court finds that the writ of attachment was proper, and it is,

**ORDERED AND ADJUDGED:**

1. The United States Marshal shall sell and dispose of in accordance with law the following described property, which is presently in the Marshal's custody:

    one 1997 BMW Z3 Roadster
    vehicle identification number 4USCJ3327VLC00529

2. The United States Marshal shall tender to the Clerk of Court the proceeds of the sale of the property, less storage, advertising, and other expenses incurred by the United States Marshal.

3. Upon receipt of the net sale proceeds from the United States Marshal, the Clerk of Court is directed to disburse to the victim the sale proceeds, consistent with the order of restitution in the Court's final judgment of conviction.

**DONE AND ORDERED** this   *5th* day of February, 2009

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge