IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 92, the Government's motion to set aside the sale by the defendant, Mark J. Spangler, of the liquor license used to operate the University Club of Gainesville, Inc., to his father, James F. Spangler. Although this matter falls under the caption of the criminal case against Mark J. Spangler, it is an ancillary civil matter concerning property in which the Government has obtained an interest as a result of the judgment against the defendant. Because he also has an interest in that property, James F. Spangler has appeared as a respondent to the Government's motion. On March 25, 2009, a hearing was held to discuss the status of the Government's motion. All parties, including the defendant, were present at the hearing. Attorney John Stokes, who has indicated that he plans to file a notice of appearance, represented James F. Spangler at the hearing.

According to the parties, a settlement has been reached between the Government and James F. Spangler concerning their respective interests in the liquor license that is the subject of the Government's motion. As part of that settlement, James F. Spangler has agreed to pay the Government $135,000 for the liquor license, with credit for amounts previously paid. At the hearing, the parties requested a continuance of 30 days to allow James F. Spangler to arrange

financing for the amount owed.  As stated at the hearing, the motion is GRANTED.  The Court will hold this matter in abeyance for 30 days.

    **DONE AND ORDERED** this   *25th* day of March, 2009

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge