IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                    CASE NO. 1:05-cr-00029-MP-AK

MARK J. SPANGLER,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 109, Notice of Filing of Settlement Agreement, filed by the parties.  The settlement agreement relates to the Government's motion (Doc. 92) to set aside the sale by the defendant, Mark J. Spangler, of the liquor license used to operate the University Club of Gainesville, Inc., to his father, James F. Spangler.  Although this matter falls under the caption of the criminal case against Mark J. Spangler, it is an ancillary civil matter concerning property in which the government has obtained an interest as a result of the judgment against the defendant.  Because he also has an interest in that property, James F. Spangler has appeared as a respondent to the Government's motion.

    On March 25, 2009, the Court held a hearing at which the parties informed the Court that a settlement had been reached between the Government and James F. Spangler concerning their respective interests in the liquor license that is the subject of the Government's motion.  Per the parties' request, the Court entered an order (Doc. 109) holding this matter in abeyance in order to allow James F. Spangler to arrange financing for the amount he agreed to pay under the agreement.  On May 27, 2009, the parties signed a settlement agreement (Doc. 109) and filed it

with the Court.  Pursuant to that agreement, James F. Spangler was required to "tender to the [Clerk] a cashier's check or other bank issued draft in the amount of $93,000 (minus any payments made after March 31, 2009)."  The Clerk has annotated the settlement agreement to record that payment in the amount of $92,100.00 has been received.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The ancillary civil claim by the Government against James F. Spangler is DISMISSED with prejudice, and any right, title, or interest of the Government in the liquor license, numbered BEV1100001, is transferred to James F. Spangler.  The Clerk is directed to cancel the currently pending hearing on this matter and to close the file.

**DONE AND ORDERED** this   _29th_ day of May, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge